FILED

2015 Mar-31  AM 11:54
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | | |
|---|---|---|
| C.S., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 5:14-cv-01022-AKK-JEO |
| | ) | |
| KIM THOMAS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The magistrate judge filed a report and recommendation on March 9, 2015, recommending that the following claims be dismissed pursuant to 28 U.S.C. § 1915A(b)(1): (1) the plaintiff's claims against the Alabama Department of Corrections; (2) the plaintiff's claims against the defendants in their official capacities for monetary relief; and (3) the plaintiff's ADA and Rehabilitation claims against Defendants Allen and Mitchem. (Doc. 12). The magistrate judge further recommended that the plaintiff's ADA and Rehabilitation claims against Defendants Thomas and Estes be referred to the magistrate judge for further proceedings. (*Id*.). The plaintiff has not filed any objections to the report and recommendation.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the magistrate

judge's recommendation is ACCEPTED. It is therefore ORDERED, ADJUDGED, and DECREED that all of the plaintiff's claims in this action except his ADA and Rehabilitation claims against Defendants Thomas and Estes are DISMISSED pursuant to 28 U.S.C. § 1915A(b)(1). It is further ORDERED that the plaintiff's ADA and Rehabilitation claims against Defendants Thomas and Estes are RE-FERRED to the magistrate judge for further proceedings.

**DONE**, this 31st day of March, 2015.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE